**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GEBREYESUS FESEHA WELDEAREGAY, | ) ) | CASE NO. 4:17cv2648 |
| Petitioner, | ) ) | |
| -vs- | ) ) | |
| U.S. ATTORNEY GENERAL, | ) ) | |
| Respondent. | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | ORDER |

On December 18, 2017, Petitioner filed a *pro se* Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2241 (Dkt. #1). The case was referred to Magistrate Judge Limbert pursuant to Local Rule 72.2. On February 28, 2018, Respondent United States Attorney General ("Respondent") filed a Motion to Dismiss and Notice of Release, informing the Court that ICE released Petitioner from detention and asserting that the Court should therefore dismiss Petitioner's § 2241 federal Habeas Corpus Petition as moot. On April 10, 2018, the Magistrate Judge recommended that Petitioner's Application for Habeas Corpus be dismissed (Dkt. # 7).

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that

Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Limbert 's Report and Recommendation is **ADOPTED,** Respondent's Motion to Dismiss is granted and Petitioner's Writ of *Habeas Corpus* (Dkt.#1) is **DISMISSED** in its entirety with prejudice.

**IT IS SO ORDERED.**

**Dated: 5/1/2018**

*S/Christopher A. Boyko*
**CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**